CHIARINA SICURANZA, Respondent, v. GIOVANNI SICURANZA, Appellant.— Motion to dismiss appeal denied on condition that appellant, on or before November 15, 1926, pay the counsel fee on appeal heretofore awarded by the court, and that he perfect his appeal and bring the same on for argument on Monday, December 6, 1926; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LOTTIE SNYDER, Appellant, v. CHARLES J. PINTEL, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EVERETT B. ALLEN, Respondent, v. JOHN T. TRIGGE and BERTHA L. TRIGGE, Appellants, and Others, Defendants.— Order of April 15, 1926, granting motion for reargument and directing a decision and judgment in accordance with the opinion filed September 8, 1925, reversed upon the law, with ten dollars costs and disbursements to appellants, and motion denied. Order granting reargument and, on such reargument, vacating findings of fact and judgment of July 27, 1925, modified so as to grant a new trial of this action. We think the learned justice had power to set aside the judgment and grant a new trial pursuant to the Civil Practice Act, sections 522–528; but without a new trial he had no power to vacate his findings of fact and conclusions of law and the judgment entered thereon, and to grant a new judgment directly contrary to the provisions of the judgment originally entered. (*Clancy* v. *N. Y., N. H. & H. R. R. Co.*, 226 N. Y. 213, 217; *Heath* v. *N. Y. Bldg. Loan Banking Co.*, 84 Hun, 302; affd., 146 N. Y. 260; *Ray* v. *New York Bay Extension R. R. Co.*, 34 App. Div. 3; *Hanbury* v. *Metropolitan Securities Co.*, 215 id. 225.) Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

ANNIE C. CARPENTER, Appellant, v. MABEL H. CARPENTER, as Executrix, etc., of FRANK E. CARPENTER, Deceased, Respondent.— Order denying plaintiff's motion for a bill of particulars reversed on the law, without costs, and motion granted to the following extent: Items a, b, c, d, f and j in the notice of motion. Item e to the extent of stating whether or not the agreement to cancel or abandon was oral or in writing, and, if in writing, a copy thereof. Item g to the extent of whether or not said waiver was oral or in writing, and, if in writing, a copy thereof. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur. Settle order on notice.

FREDERICK U. CARROLL, Appellant, v. JACK H. BRAHAMS and Others, Defendants. KALMAN RESS, an Attorney, Respondent.— Order substituting attorney affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.